OPINION — AG — ** SCHOOL EMPLOYEES — PUBLIC OFFICE — DUAL OFFICE HOLDING ** (1) A PUBLIC SCHOOL EMPLOYEE IS 'NOT' PROHIBITED BY 68 O.S. 2457 [68-2457](C) FROM ALSO SERVING ON THE COUNTY BOARD OF EQUALIZATION, EXCISE BOARD. HOWEVER, IF THE EMPLOYMENT IS WITH A SCHOOL DISTRICT WHICH IS IN THE SAME COUNTY WHERE THE BOARD FUNCTIONS, MEMBERSHIP ON THE BOARD WOULD VIOLATE 74 O.S. 841.4 [74-841.4] (2) THE CHIEF OF A VOLUNTEER FIRE DEPARTMENT IN A STATUTORY MUNICIPALITY IS ENCOMPASSED WITHIN THE CLASSIFICATION OF PUBLIC OFFICER AND IS, THEREFORE, PROHIBITED BY 68 O.S. 2457 [68-2457](C) FROM ALSO SERVING ON THE COUNTY BOARD OF EQUALIZATION, COUNTY EXCISE BOARD. (COUNTY EXCISE BOARD, DUAL OFFICE, EMPLOYEE, ETHICS, CONFLICT OF INTEREST, FIRE CHIEF) CITE: OPINION NO. 80-100, 74 O.S. 841.4 [74-841.4], 68 O.S. 2486 [68-2486], 68 O.S. 2457 [68-2457], 11 O.S. 29-204 [11-29-204] (BETTY ELROD HUNTER) === SEE: OPINION NO. 89-071 (1990) ===